01
02
03
04
05
06
07
08
09
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR03-069-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| AARON LASTSTAR, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

15    An evidentiary hearing on supervised release revocation in this case was scheduled before

16  me on January 4, 2006.  The United States was represented by AUSA Susan M. Roe and the

17  defendant by Michael C. Nance.  The proceedings were digitally recorded.

18    Defendant had been sentenced on or about June 20, 2003 by the Honorable Robert S.

19  Lasnik on a charge of Accessory After the Fact and sentenced to 21 Months Custody, 3 years

20  Supervised Release. (Dkt. 39).

21    The conditions of supervised release included requirements that defendant comply with all

22  local, state, and federal laws and with the standard conditions of supervision.  Other special

23  conditions included no firearms, mandatory drug testing, narcotic addiction/drug dependency

24  treatment and testing, refrain from alcohol and other intoxicants, submit to search, provide access

25  to financial information, enroll and continue in a program of study for a GED, and cooperate in

26  the collection of DNA.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

The conditions of supervision were modified on August 25, 2004 to require residence in a community corrections center for up to 120 days. (Dkt. 47).  On November 8, 2004, the defendant admitted to violating the conditions of supervised release by failing to participate in the community corrections center program for up to 120 days. (Dkt. 56).  The condition was reimposed and the defendant was required to enroll in the GED program within 30 days and to continue in the program.  (Dkt.  55).  No further action was taken at the time. (Dkt. 56).  On March 22, 2005 the defendant admitted to a violation of the conditions of supervised release by using and possessing marijuana.  (Dkt. 65). A sentence of four months in custody was imposed. (Dkt. 68).

In an application dated June 23, 2005, U.S. Probation Officer Steven R. Gregoryk alleged the following violation of the conditions of supervised release:

1.      Failing to follow the instructions of the probation officer on January 20, 2005 in violation of standard condition number 3.

2.      Failing to participate in a community corrections center (CCC) program for a period of 90 days in violation of the special condition of supervision which requires the defendant to reside in a CCC for up to 90 days.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted each of the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be set before Judge Lasnik.

/ / /

/ / /

/ / /

/ / /

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 2

01         Pending a final determination by the Court, defendant has been detained.

02         DATED this  4th  day of January, 2006.

03

04                               Mary Alice Theiler

05                               United States Magistrate Judge

06

07  cc:      District Judge:          Honorable Robert S. Lasnik

              AUSA:                 Susan M. Roe

08        Defendant's attorney:   Michael C. Nancy

              Probation officer:      Steven R. Gregoryk

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 3